**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-2318**

—————————

In re: UBONG CHRISTOPHER UBOKUDOM; J.,

        Petitioners.

—————————

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Columbia.  (3:25-cv-12608-SAL-PJG)

—————————

Submitted:  December 16, 2025                    Decided:  January 28, 2026

—————————

Before GREGORY, AGEE, and BENJAMIN, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Ubong Christopher Ubokudom, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ubong Christopher Ubokudom, on behalf of himself and his minor daughter, petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on their pending motions for appointment of counsel and other relief in *Ubokudom v. Walmart, Inc.*, No. 3:25-cv-12608-SAL-PJG (D.S.C. filed Sept. 17, 2025). Petitioners seek an order directing the district court to act. Additionally, Petitioners ask this court to appoint counsel and to grant various forms of injunctive relief in their pending civil action.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (citation modified). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The present record does not reveal undue delay in the district court. Moreover, Petitioners fail to show that they are otherwise entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus. We also deny Petitioners' pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*